**650**

Catherine Moore, administratrix of estate of George B. Moore, deceased, appellee, v. Illinois Power and Light Corporation, appellant. Gen. No. 9,333.

Opinion filed August 30, 1938.
E. Bentley Hamilton, for appellant. Cassidy & Knoblock, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

H. Rubin, appellant, v. City of Rockford et al., appellees. Gen. No. 9,308.

Opinion filed August 30, 1938.
Welsh & Welsh, for appellant; C. K. Welsh, of counsel. A. V. Essington and Carroll H. Nelson, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Eva Major Pinkham and Chasteen William Major, appellees, v. George Pinkham et al., appellees, and Woodford County National Bank of El Paso, appellant. Gen. No. 9,310.

Opinion filed August 30, 1938.
B. H. Heuring, for appellant; C. B. Chapman, of counsel. Carter Pietsch and Clifford N. Coolidge, for appellees Eva Major Pinkham and Chasteen William Major.

Mr. Justice Wolfe delivered the opinion of the court.

Stanley Williamson, appellee, v. Walter I. Jones, administrator of estate of Charles W. Hart, deceased, appellant. Gen. No. 9,324.

Opinion filed August 30, 1938.
Edward Corlett, for appellant. Francis J. Loughran, for appellee; Dale G. Nicholson, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

Hallie Kelley, appellee, v. Theodore O. Miles or in the alternative, Frank Sutor, defendants. Appeal of Theodore O. Miles, appellant. Gen. No. 9,332.

Opinion filed September 15, 1938.
Richard J. Neagle, for appellant; Joseph E. West, of counsel. James E. Davis and Armor H. Moreland, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.